# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMIE DAVIS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DENIHAN HOSPITALITY GROUP,<br><br>　　　　　　　Defendant. | Case No.: 14-cv-10097(VEC)<br><br>**NOTICE OF APPEARANCE**<br><br>ECF Case |

To the Clerk of this court and all parties of record:

　　　Please enter my appearance as counsel in this case for the Defendant, Denihan Hospitality Group.

　　　I certify that I am admitted to practice in this court.


January 22, 2015　　　　　　　　　　　*s/*Richard I. Greenberg
Date　　　　　　　　　　　　　　　　　Richard I. Greenberg, Esq. (RG4911)
　　　　　　　　　　　　　　　　　　　JACKSON LEWIS P.C.
　　　　　　　　　　　　　　　　　　　666 Third Avenue, 29 Fl.
　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　Tel.: 212-545-4000
　　　　　　　　　　　　　　　　　　　Fax: 212-972-3213
　　　　　　　　　　　　　　　　　　　GreenbeR@jacksonlewis.com