**MEMO ENDORSED**

# jackson lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GRAND RAPIDS, MI | NAPA, CA | RALEIGH-DURHAM, NC |
| ALBUQUERQUE, NM | GREENVILLE, SC | NEW ORLEANS, LA | RAPID CITY, SD |
| ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| CHICAGO, IL | LONG ISLAND, NY | OVERLAND PARK, KS | SAN JUAN, PR |
| CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MILWAUKEE, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI | |

MY DIRECT DIAL IS: 212-545-4080
MY EMAIL ADDRESS IS: GREENBER@JACKSONLEWIS.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2015
```

January 22, 2015

**VIA ECF**

Honorable Valerie Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:  **Davis v. Denihan Hospitality Group**
     **Case No.: 14-cv-10097 (VEC)**

Dear Judge Caproni:

Earlier this afternoon, we entered notices of appearance on behalf of the Defendant in the above-referenced matter. Pursuant to Your Honor's December 30, 2014 Order, which we just learned about today, the Parties were directed to file a joint letter and proposed Civil Case Management Plan by January 22, 2015. We write on behalf of the Parties to request an extension of this deadline to January 26, 2015. The Parties request this extension to enable them to have a meaningful discussion regarding the issues raised in the Complaint, as well as to collaborate on an agreeable discovery schedule. This is the Parties' first request for an extension of this deadline. The initial conference in this case is currently scheduled for January 30, 2015.

We thank the Court for its consideration of this matter.

Respectfully submitted,

JACKSON LEWIS, P.C.

Richard I. Greenberg

cc: All Counsel

Application GRANTED.

SO ORDERED.

*Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
Date: January 22, 2015